# EXHIBIT B

# Search terms

View (2 filters) · All campaigns · Add filter

Custom: Jan 1 – Dec 31, 2020 · Segment · Columns · Download · Expand · Show last 30 days

| Search term | Match type | Added/Excluded | Campaign | Ad group | Impr. | ↓ Interac' | Interaction rate | Avg. cost | Cost | Campaign type | Conv. rate | Conversions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: Search terms | | | | | 26,066 | 5,264 clicks | 20.19% | $1.35 | $7,125.06 | | 0.97% | 51.00 |
| vinyl fence | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 4,024 | 446 clicks | 11.08% | $1.55 | $691.67 | Search | 0.00% | 0.00 |
| pvc fence | Exact match | ✓ Added | SRCH-EN-FL-PVC | PHRASE-PVC | 4,148 | 327 clicks | 7.88% | $0.84 | $273.25 | Search | 1.22% | 4.00 |
| vinyl fence panels | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 1,763 | 270 clicks | 15.31% | $1.54 | $415.24 | Search | 0.37% | 1.00 |
| pvc fence wholesale | Exact match | ✓ Added | SRCH-EN-FL-PVC | PHRASE-PVC | 1,103 | 240 clicks | 21.76% | $0.70 | $169.19 | Search | 2.92% | 7.00 |
| pvc fence supply | Phrase match (close variant) | None | SRCH-EN-FL-PVC | PHRASE-PVC | 1,621 | 182 clicks | 11.23% | $0.76 | $139.07 | Search | 1.10% | 2.00 |
| vinyl fencing | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 976 | 137 clicks | 14.04% | $1.60 | $218.72 | Search | 0.00% | 0.00 |
| pvc fence | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 556 | 94 clicks | 16.91% | $1.40 | $131.50 | Search | 0.00% | 0.00 |
| pvc fence panels | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 589 | 89 clicks | 15.11% | $1.65 | $146.87 | Search | 1.12% | 1.00 |
| pvc fence supply | Broad match | None | SRCH-EN-FL-PVC | PHRASE-PVC | 704 | 67 clicks | 9.52% | $0.69 | $46.37 | Search | 0.00% | 0.00 |
| florida fence | Exact match | ✓ Added | FLORIDA-FENCE | FENCE | 663 | 64 clicks | 9.65% | $0.89 | $56.97 | Search | 0.00% | 0.00 |
| florida fence distributors | Broad match | None | FLORIDA-FENCE | FENCE | 272 | 44 clicks | 16.18% | $1.03 | $45.23 | Search | 6.82% | 3.00 |
| pvc fencing | Exact match variant | ✓ Added | SRCH-EN-FL-PVC | PHRASE-PVC | 397 | 38 clicks | 9.57% | $0.85 | $32.15 | Search | 2.63% | 1.00 |
| Total: Search terms | | | | | 26,066 | 5,264 clicks | 20.19% | $1.35 | $7,125.06 | | 0.97% | 51.00 |
| Total: Other search terms | | | | | — | — | — | — | $3,462.52 | | — | 23.00 |
| Total: Account | | | | | 111,601 | 8,050 clicks | 7.21% | $1.37 | $11,005.60 | | 0.92% | 74.00 |
| Total: Search campaigns | | | | | 111,601 | 8,050 clicks | 7.21% | $1.37 | $11,005.60 | | 0.92% | 74.00 |
| Total: Smart campaigns | | | | | 0 | 0 | — | — | $0.00 | | 0.00% | 0.00 |

Search terms

View (2 filters) — All campaigns

| Search term | Match type | Added/Excluded | Campaign | Ad group | Impr. | → Interac | Interaction rate | Avg. cost | Cost | Campaign type | Conv. rate | Conversions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: Search terms | | | | | 55,380 | 5,576 clicks | 10.07% | $1.18 | $6,581.15 | | 1.20% | 67.00 |
| vinyl fence | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 3,914 | 374 clicks | 9.56% | $1.27 | $475.39 | Search | 0.00% | 0.00 |
| vinyl fence panels | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 1,778 | 265 clicks | 14.90% | $1.29 | $342.03 | Search | 1.51% | 4.00 |
| pvc fence | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 2,553 | 265 clicks | 10.38% | $1.29 | $340.78 | Search | 2.64% | 7.00 |
| pvc fence | Exact match | ✓ Added | SRCH-EN-FL-PVC | PHRASE-PVC | 2,370 | 211 clicks | 8.90% | $0.58 | $121.85 | Search | 0.95% | 2.00 |
| pvc fence wholesale | Phrase match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 619 | 169 clicks | 27.30% | $1.08 | $182.02 | Search | 6.51% | 11.00 |
| vinyl fencing | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 1,166 | 124 clicks | 10.63% | $1.20 | $148.68 | Search | 0.00% | 0.00 |
| pvc fence wholesale | Phrase match (close variant) | ✓ Added | SRCH-EN-FL-PVC | PHRASE-PVC | 456 | 113 clicks | 24.78% | $0.64 | $72.75 | Search | 2.65% | 3.00 |
| pvc fence wholesale | Exact match | ✓ Added | SRCH-EN-FL-PVC | PHRASE-PVC | 337 | 83 clicks | 24.63% | $0.55 | $45.84 | Search | 4.82% | 4.00 |
| pvc fence wholesale | Exact match (close variant) | ✓ Added | SRCH-EN-FL-PVC | PHRASE-PVC | 325 | 77 clicks | 23.69% | $0.58 | $44.63 | Search | 2.60% | 2.00 |
| pvc fence supply | Phrase match (close variant) | None | SRCH-EN-FL-PVC | PHRASE-PVC | 695 | 76 clicks | 10.94% | $0.58 | $44.41 | Search | 0.00% | 0.00 |
| plastic fence panels | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 553 | 72 clicks | 13.02% | $1.32 | $95.03 | Search | 0.00% | 0.00 |
| pvc fence panels | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 495 | 68 clicks | 13.74% | $1.21 | $82.16 | Search | 1.47% | 1.00 |
| Total: Search terms | | | | | 55,380 | 5,576 clicks | 10.07% | $1.18 | $6,581.15 | | 1.20% | 67.00 |
| Total: Other search terms | | | | | — | — | — | — | $3,406.22 | | — | 26.00 |
| Total: Account | | | | | 106,065 | 8,746 clicks | 8.25% | $1.20 | $10,520.95 | | 1.06% | 93.00 |
| Total: Search campaigns | | | | | 106,065 | 8,746 clicks | 8.25% | $1.20 | $10,520.95 | | 1.06% | 93.00 |
| Total: Smart campaigns | | | | | 0 | 0 | — | — | $0.00 | | 0.00% | 0.00 |

Show rows: 30   1 - 30 of 8,158

# Search terms

View (2 filters) — All campaigns

Custom: Jan 1 – Dec 31, 2022

Segment | Columns | Download | Expand | Show last 30 days

| Search term | Match type | Added/Excluded | Campaign | Ad group | Impr. | ↓ Interac | Interaction rate | Avg. cost | Cost | Campaign type | Conv. rate | Conversion: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: Search terms | | | | | 45,316 | 3,476 clicks | 7.67% | $1.54 | $5,344.80 | | 0.86% | 30.00 |
| pvc fence | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 4,339 | 364 clicks | 8.39% | $1.47 | $534.40 | Search | 3.57% | 13.00 |
| vinyl fence panels | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 1,904 | 225 clicks | 11.82% | $1.54 | $347.00 | Search | 0.00% | 0.00 |
| vinyl fence | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 2,445 | 181 clicks | 7.40% | $1.56 | $282.61 | Search | 1.10% | 2.00 |
| vinyl fencing | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 846 | 80 clicks | 9.46% | $1.52 | $121.50 | Search | 0.00% | 0.00 |
| plastic fence panels | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 578 | 64 clicks | 11.07% | $1.63 | $104.63 | Search | 0.00% | 0.00 |
| plastic fence | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 591 | 52 clicks | 8.80% | $1.54 | $80.21 | Search | 0.00% | 0.00 |
| florida fence | Exact match | ✓ Added | FLORIDA-FENCE | FENCE | 521 | 52 clicks | 9.98% | $1.05 | $54.54 | Search | 0.00% | 0.00 |
| pvc fencing | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 355 | 40 clicks | 11.27% | $1.67 | $66.81 | Search | 0.00% | 0.00 |
| pvc fence depot | Phrase match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 205 | 31 clicks | 15.12% | $1.57 | $48.78 | Search | 0.00% | 0.00 |
| vinyl fence cost | Phrase match | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 265 | 28 clicks | 10.57% | $1.61 | $45.16 | Search | 0.00% | 0.00 |
| pvc fence supply miami | Phrase match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 178 | 26 clicks | 14.61% | $1.44 | $37.40 | Search | 3.85% | 1.00 |
| vinyl fencing panels | Phrase match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 159 | 23 clicks | 14.47% | $1.62 | $37.29 | Search | 0.00% | 0.00 |
| vinyl fences | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 120 | 20 clicks | 16.67% | $1.54 | $30.84 | Search | 0.00% | 0.00 |
| veranda vinyl fence | Phrase match | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 102 | 12 clicks | 11.76% | $1.54 | $18.46 | Search | 0.00% | 0.00 |
| Total: Search terms | | | | | 45,316 | 3,476 clicks | 7.67% | $1.54 | $5,344.80 | | 0.86% | 30.00 |
| Total: Other search terms | | | | | — | — | — | — | $3,978.12 | | — | 21.00 |
| Total: Account | | | | | 89,574 | 6,445 clicks | 7.20% | $1.52 | $9,770.58 | | 0.81% | 52.00 |
| Total: Search campaigns | | | | | 89,574 | 6,445 clicks | 7.20% | $1.52 | $9,770.58 | | 0.81% | 52.00 |
| Total: Smart campaigns | | | | | 0 | 0 | — | — | $0.00 | | 0.00% | 0.00 |

Show rows: 30 — 1 – 30 of 6,156

| Search term | Match type | Added/Excluded | Campaign | Ad group | Impr. | ↓ Interac | Interaction rate | Avg. cost | Cost | Campaign type | Conv. rate | Conversion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: Search terms | | | | | 34,441 | 3,343 clicks | 9.71% | $1.57 | $5,247.57 | | 1.05% | 35.00 |
| vinyl fence panels | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 2,740 | 449 clicks | 16.39% | $1.11 | $499.09 | Search | 0.00% | 0.00 |
| pvc fence | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 2,136 | 204 clicks | 9.55% | $1.67 | $340.02 | Search | 3.43% | 7.00 |
| vinyl privacy fence prices | Phrase match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 503 | 144 clicks | 28.63% | $0.92 | $133.03 | Search | 0.00% | 0.00 |
| vinyl fence | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 1,422 | 124 clicks | 8.72% | $1.84 | $228.65 | Search | 0.00% | 0.00 |
| pvc fence panels | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 522 | 68 clicks | 13.03% | $1.54 | $104.85 | Search | 0.00% | 0.00 |
| pvc fence wholesale | Exact match | ✓ Added | SRCH-EN-FL-PVC | PHRASE-PVC | 275 | 67 clicks | 24.36% | $1.31 | $87.55 | Search | 1.49% | 1.00 |
| vinyl fencing | Exact match | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 548 | 67 clicks | 12.23% | $1.43 | $95.54 | Search | 0.00% | 0.00 |
| vinyl privacy fence panels | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 130 | 44 clicks | 33.85% | $0.88 | $38.59 | Search | 0.00% | 0.00 |
| pvc fencing | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 329 | 43 clicks | 13.07% | $1.81 | $77.86 | Search | 2.33% | 1.00 |
| pvc fence | Exact match | ✓ Added | SRCH-EN-FL-PVC | PHRASE-PVC | 310 | 39 clicks | 12.58% | $1.80 | $70.04 | Search | 2.56% | 1.00 |
| plastic fence panels | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 393 | 38 clicks | 9.67% | $1.74 | $66.25 | Search | 0.00% | 0.00 |
| vinyl fencing panels | Exact match (close variant) | ✓ Added | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 236 | 37 clicks | 15.68% | $1.04 | $38.49 | Search | 0.00% | 0.00 |
| home depot vinyl fence | Phrase match | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 131 | 12 clicks | 9.16% | $1.83 | $21.90 | Search | 0.00% | 0.00 |
| Total: Search terms | | | | | 34,441 | 3,343 clicks | 9.71% | $1.57 | $5,247.57 | | 1.05% | 35.00 |
| Total: Other search terms | | | | | — | — | — | — | $3,957.29 | | — | 22.00 |
| Total: Account | | | | | 69,112 | 5,997 clicks | 8.68% | $1.61 | $9,651.51 | | 0.95% | 57.00 |
| Total: Search campaigns | | | | | 69,112 | 5,997 clicks | 8.68% | $1.61 | $9,651.51 | | 0.95% | 57.00 |
| Total: Smart campaigns | | | | | 0 | 0 | — | — | $0.00 | | 0.00% | 0.00 |

# Search terms

View (2 filters) / All campaigns       Custom  Jan 1 – Dec 31, 2024 ▸       Segment | Columns | Download | Expand | Show last 30 days

Add filter

| Search term | Match type | Added/Excluded | Campaign | Ad group | Impr. | ↓ Interac | Interaction rate | Avg. cost | Cost | Campaign type | Conv. rate | Conversions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: Search terms | | | | | 24,360 | 2,779 clicks | 11.41% | $1.35 | $3,744.64 | | 1.64% | 45.50 |
| vinyl fence prices | Phrase match | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 6 | 4 clicks | 66.67% | $1.54 | $6.16 | Search | 0.00% | 0.00 |
| vinyl fence supply | Phrase match | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 32 | 4 clicks | 12.50% | $1.70 | $6.78 | Search | 0.00% | 0.00 |
| vinyl fencing lowe's | Phrase match | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 5 | 4 clicks | 80.00% | $1.84 | $7.36 | Search | 0.00% | 0.00 |
| white vinyl fence panels | Phrase match | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 44 | 4 clicks | 9.09% | $2.60 | $10.39 | Search | 0.00% | 0.00 |
| fence de vinyl | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 4 | 4 clicks | 100.00% | $2.34 | $9.37 | Search | 0.00% | 0.00 |
| fence vinyl | Exact match (close variant) | None | SRCH-EN-FL-VINYL | VINYL-CORE-EXACT | 15 | 4 clicks | 26.67% | $1.68 | $6.71 | Search | 0.00% | 0.00 |
| Total: Search terms | | | | | 24,360 | 2,779 clicks | 11.41% | $1.35 | $3,744.64 | | 1.64% | 45.50 |
| Total: Other search terms | | | | | — | — | — | — | $2,624.61 | | — | 1.50 |
| Total: Account | | | | | 44,120 | 4,748 clicks | 10.76% | $1.34 | $6,371.76 | | 1.52% | 72.00 |
| Total: Search campaigns | | | | | 44,120 | 4,748 clicks | 10.76% | $1.34 | $6,371.76 | | 1.52% | 72.00 |
| Total: Smart campaigns | | | | | 0 | 0 | — | — | $0.00 | | 0.00% | 0.00 |

Show rows: 30 ▸    61 - 90 of 3,572