ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com

WITES & ROGERS, P.A.
MARC A. WITES
(*pro hac vice* pending, Fla. Bar No. 24783)
MICHELE M. DESOER (119667)
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: 954/933-4400
mwites@witeslaw.com
mdesoer@witeslaw.com

Attorneys for Plaintiff
PVC FENCE WHOLESALE, LLC
and the CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PVC FENCE WHOLESALE, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC, a Delaware LLC,<br><br>                Defendant. | Case No. 5:25-cv-5480<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict
2 | or interest, other than the named parties, to report.
3 | DATED: June 30, 2025

*s/ Shawn A. Williams*
ATTORNEY OF RECORD FOR PLAINTIFF
PVC FENCE WHOLESALE, LLC,

PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS -
Case No. 5:25-cv-5480                                                                                           - 1 -